**Appeal Dismissed and Memorandum Opinion filed August 13, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-20-00391-CR

**VIRGIL LEROY JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1601481**

## MEMORANDUM OPINION

Appellant pleaded guilty to the offense of indecency with a child by exposure, pleaded true to two enhancement paragraphs, and was sentenced to prison for forty years on January 8, 2020. No timely motion for new trial was filed. Appellant's notice of appeal was not filed until May 8, 2020.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule

of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Spain, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).